IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SKY TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:03CV454-DF |
| v. | Judge David Folsom |
| IBM CORPORATION and i2, INCORPORATED, | Jury Trial Demanded |
| Defendants. | |

### PLAINTIFF SKY TECHNOLOGIES LLC'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL SOURCE CODE

Sky Technologies, LLC ("Sky") withdraws its Motion to Compel Source Code without prejudice. Sky reserves the right to re-file this motion if IBM does not produce the requested materials.

Respectfully submitted,

SUSMAN GODFREY L.L.P.

Stephen D. Susman
State Bar No. 19521000
E-Mail: ssusman@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorney-in-Charge

1

OF COUNSEL:

Max L. Tribble, Jr.
State Bar No. 20213950
Brian D. Melton
State Bar No. 24010620
Joseph S. Grinstein
State Bar No. 24002188
Steven J. Mitby
State Bar No. 24037123
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666

George M. Schwab
Gregory S. Bishop
April E. Abele
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center 8th floor
San Francisco, CA   94111

Attorneys for Sky Technologies, LLC

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 25th day of February, 2005, as indicated below:

Damon Young                  ***VIA E-MAIL***
YOUNG, PICKETT & LEE
4122 Texas Boulevard
P.O. Box 1897
Texarkana, Texas/Arkansas 75504

Donald J. Curry              ***VIA E-MAIL***
Marc J. Pensabene
Peter D. Shapiro
FITZPATRICK CELLA HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112

Sam Baxter                    ***VIA E-MAIL***
Mike McKool, Jr.
Douglas A. Cawley
Theodore Stevenson III
Jill Bindler
Bradley W. Caldwell
McKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

_____
Steven J. Mitby