IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SKY TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 2:03CV454-DF |
| v. | Judge David Folsom |
| IBM CORPORATION and i2, INCORPORATED, | Jury Trial Demanded |
| Defendants. | |

**PLAINTIFF SKY TECHNOLOGIES LLC'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

Sky Technologies, LLC ("Sky") withdraws its Motion to Compel without prejudice. Sky reserves the right to re-file this motion if IBM does not produce the requested materials.

Respectfully submitted,

SUSMAN GODFREY L.L.P.

_____
Stephen D. Susman
State Bar No. 19521000
E-Mail: ssusman@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorney-in-Charge

1

OF COUNSEL:

Max L. Tribble, Jr.
State Bar No. 20213950
Brian D. Melton
State Bar No. 24010620
Joseph S. Grinstein
State Bar No. 24002188
Steven J. Mitby
State Bar No. 24037123
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

George M. Schwab
Gregory S. Bishop
April E. Abele
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center 8th floor
San Francisco, CA 94111

Attorneys for Sky Technologies, LLC

2

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 1st day of March, 2005, as indicated below:

| | |
|---|---|
| Damon Young<br>YOUNG, PICKETT & LEE<br>4122 Texas Boulevard<br>P.O. Box 1897<br>Texarkana, Texas/Arkansas  75504 | ***VIA E-MAIL*** |
| Donald J. Curry<br>Marc J. Pensabene<br>Peter D. Shapiro<br>FITZPATRICK CELLA HARPER & SCINTO<br>30 Rockefeller Plaza<br>New York, New York  10112 | ***VIA E-MAIL*** |
| Sam Baxter<br>Mike McKool, Jr.<br>Douglas A. Cawley<br>Theodore Stevenson III<br>Jill Bindler<br>Bradley W. Caldwell<br>MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas  75201 | ***VIA E-MAIL*** |

_____
Steven J. Mitby